JDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 25-10-TFM |
| | * | USAO NO. 25R00004 |
| v. | * | |
| | * | VIOLATION: 18 U.S.C. § 922(g)(1) |
| OKOYE JABRAYLL DAY | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Possession of a Firearm by a Prohibited Person (Felon)
### Title 18, United States Code, Section 922(g)(1)

On or about April 16, 2024, in the Southern District of Alabama, the defendant,

**OKOYE JABRAYLL DAY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, namely: Receiving Stolen Property, First Degree on or about March 23, 2023, in the Circuit Court of Mobile County, Alabama, case number CC-2021-000779; Discharging a Gun into an Occupied Building on or about March 23, 2023, in the Circuit Court of Mobile County, Alabama, case number CC-2022-001345; and Receiving Stolen Property, First Degree on or about March 23, 2023, in the Circuit Court of Mobile County, Alabama, case number CC-2022-001346, did knowingly possess, in and affecting commerce, a firearm, namely, a Glock, model 30S, .45 caliber pistol, serial number BYGR254.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE NOTICE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment, the defendant,

**OKOYE JABRAYLL DAY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to:

1. One Glock, model 30S, .45 caliber pistol, serial number BYGR254; and
2. 11 rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

_____
JUSTIN D. ROLLER
Assistant United States Attorney


_____
SEAN P. COSTELLO                    JANUARY 2025
United States Attorney