**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIM. NO. 25-00010-TFM** |
| | * | |
| **OKOYE JABRAYLL DAY** | * | |

**PETITION FOR WRIT OF HABEAS CORPUS**

      COMES NOW the undersigned Assistant United States Attorney, who respectfully petitions this Honorable Court for the issuance of a Writ of Habeas Corpus [x] *Ad Prosequendum* [ ] *Ad Testificandum*, as an exigency exists necessitating Detainee's presence for proceedings in the Southern District of Alabama.

Full Name of Detainee:   **OKOYE JABRAYLL DAY**

Presently Detained at/Custodian:   Kilby Correctional Facility
                                             12201 Wares Ferry Road
                                             Montgomery, Alabama 36117

[x] Detainee is charged in this District, with one count of 18 U.S.C. § 922(g)(1), Possession of Firearm by a Prohibited Person (Felon)
by:   **Indictment**; or
[ ] Detainee is a witness not otherwise available by ordinary process.
[x] Detainee will be retained in federal custody from initial appearance through final disposition of federal charges, and then will be returned to the custody of the detaining facility to resume the sentence currently being served; or
[ ] Detainee will return to the custody of detaining facility upon termination of proceedings.

Detainee's initial appearance in this District is scheduled for: _____

                                                                       */s/ Justin D. Roller*
                                                                       Justin D. Roller
                                                                       Assistant United States Attorney
                                                                       United States Attorney's Office

## WRIT OF HABEAS CORPUS

The above Petition is **GRANTED**. The above-named custodian of the detaining facility and the United States Marshal for this District are **ORDERED** to produce Detainee in this District, as petitioned above, and to return Detainee to said custodian upon the conclusion of said proceedings.

Date: _____

                                                                                         _____
                                                                                         United States Magistrate Judge